IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAKESHKUMAR DARJI, | |
| Plaintiff, | 8:25CV156 |
| vs. | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 12.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge